# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159785 & (19)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES C. O'NEAL,
      Defendant-Appellant.

_____/

SC: 159785
COA: 346673
Wayne CC: 76-002230-FC

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

      On order of the Court, the application for leave to appeal the April 19, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the August 16, 2018 order of the Wayne Circuit Court dismissing the defendant's motion for relief from judgment, and we REMAND this case to the trial court for reconsideration of that motion. The trial court dismissed the defendant's motion as successive under MCR 6.502(G). However, the motion is not prohibited by MCR 6.502(G) because the defendant's prior motion for relief from judgment was filed before August 1, 1995. Further, in determining whether the alleged grounds for relief were previously decided against the defendant, the trial court shall note that the defendant raises ineffective assistance of counsel claims in his current motion that were not raised previously. The motion to remand for an evidentiary hearing is DENIED.

      We do not retain jurisdiction.



b0323

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk